**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHARON JOHNSON,**

        **Plaintiff,**

-vs-                                                  **Case No. 6:09-cv-1949-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

# ORDER

This case is before the Court on the Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405 (g) (Doc. No. 11) filed February 11, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 12, 2010 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc. No. 11) is **GRANTED**.

3. This case is remanded to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

4. The Clerk is directed to administratively close this file pending resolution of the proceedings on remand.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of March, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party