**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**SHARON JOHNSON,**

      **Plaintiff,**

**-vs-**                   **Case No. 6:09-cv-1949-Orl-28KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO AFFIRM THE COMMISSIONER'S DECISION SUBSEQUENT TO REMAND AND FOR ENTRY OF JUDGMENT (Doc. No. 14)**
>
> **FILED:** **October 24, 2011**

  On March 3, 2010, this Court remanded the present case pursuant to sentence six of 42 U.S.C. § 405(g) and closed the file administratively. Doc. No. 13. On remand, the Commissioner rendered a fully favorable finding on Plaintiff's disability application. Accordingly, the Commissioner requests that the Court reopen the case and enter a judgment affirming the Commissioner's decision.

Accordingly, I **respectfully recommend** that the Court direct the Clerk of Court to reopen the case, enter a judgment affirming the Commissioner's decision in favor of Plaintiff, and, thereafter, close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully submitted** in Orlando, Florida on October 25, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE